OK TO APPOINT

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES [X] DISTRICT COURT  [ ] COURT OF APPEALS  [ ] OTHER (Specify Below)

IN THE CASE OF: Justin Turner v. Warden R.D. Keyes

| | |
|---|---|
| 1 [ ] Defendant - Adult | |
| 2 [ ] Defendant - Juvenile | |
| 3 [ ] Appellant | |
| 4 [ ] Probation Violator | District Court: 22-cv-321-wmc |
| 5 [ ] Supervised Release Violator | |
| 6 [ ] Habeas Petitioner | |
| 7 [ ] 2255 Petitioner | |
| 8 [ ] Material Witness | |
| 9 [ ] Other (Specify) | |

CHARGE/OFFENSE: [ ] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Do you have a job? [ ] Yes [X] No
- IF YES, how much do you earn per month? ___
- Will you still have a job after this arrest? [ ] Yes [ ] No [ ] Unknown

**INCOME & ASSETS — PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ N/A | |
| Car/Truck/Vehicle | $ N/A | |
| Boat | $ N/A | |
| Stocks/bonds | $ N/A | |
| Other property | $ N/A | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? [ ] Yes [X] No
- IF YES, give the total approximate amount after monthly expenses $ ___

**OBLIGATIONS, EXPENSES, & DEBTS**
How many people do you financially support? 4

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ N/A | $ |
| Groceries | $ N/A | $ |
| Medical expenses | $ N/A | $ |
| Utilities | $ N/A | $ |
| Credit cards | $ N/A | $ |
| Car/Truck/Vehicle | $ N/A | $ |
| Childcare | $ N/A | $ |
| Child support | $ N/A | $ |
| Insurance | $ N/A | $ |
| Loans | $ N/A | $ |
| Fines | $ N/A | $ |
| Other | $ N/A | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date: 9/26/22